TRANS-LUX DISTRIBUTING CORP. *v.* BOARD OF
REGENTS OF THE UNIVERSITY OF
NEW YORK.

No. 314.   Decided March 15, 1965.

*Harry I. Rand* for appellant.
*Charles A. Brind* for appellee.

PER CURIAM.

The judgment is reversed. *Freedman* v. *Maryland,*
*ante,* p. 51.

SANTOS *v.* TEXAS.

No. 340, Misc.   Decided March 15, 1965.

*Orville A. Harlan* for petitioner.
*Waggoner Carr,* Attorney General of Texas, and *How-
ard M. Fender, Gilbert J. Pena* and *Allo B. Crow, Jr.,*
Assistant Attorneys General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and
the petition for writ of certiorari are granted.   The judg-
ment is vacated and the case is remanded to the Court
of Criminal Appeals of Texas for further consideration in
light of the opinion of this Court in *Aguilar* v. *Texas,* 378
U. S. 108.